COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Jonithan Quinn v. The State of Texas

Appellate case number:    01-12-00432-CR

Trial court case number:  1264043

Trial court:                      208th District Court of Harris County

Appellant, Jonithan Quinn, appeals from the trial court's judgment signed April 30, 2012. The clerk's record was filed in this case on June 26, 2012. The reporter's record was filed in this case on October 12, 2012. On December 14, 2012, appellant's appointed counsel filed a motion to withdraw and an *Anders* brief. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Appellant's *Anders* response was due January 14, 2013.

On November 6, 2013, appellant, through different counsel, filed a motion for extension of time to file his *Anders* response. The Court granted appellant's motion and extended the deadline for appellant to file his *Anders* response to November 26, 2013. Appellant did not file an *Anders* response. Instead, appellant filed a motion to substitute his new retained counsel for his previously appointed counsel. The Court granted appellant's motion and ordered the Clerk of the Court to substitute Troy J. Wilson for Craig Bundick as appellant's counsel of record.

Because appellant has now retained counsel, the *Anders* procedures are no longer applicable. *See Whaley v. State*, No. 14-04-00835-CR, 2005 WL 171428, at *1 (Tex. App.—Houston [14th Dist.] Jan. 27, 2005, no pet.) ("The *Anders* procedural safeguards are not applicable, however, to an appellant who is represented by a retained counsel."). Therefore, the Court strikes the *Anders* brief previously filed on December 14, 2012. "[A]ny meritorious ground for appeal [Mr. Wilson] intends to raise on appellant's behalf [must] be presented to this court in a brief complying with the requirements of Rule of Appellate Procedure 38.1." *Matthews v. State*, Nos. 07-10-00385-CR, 07-10-0386-CR, 2011 WL 1376908, at *2 n.2 (Tex. App.—Amarillo Apr. 12, 2011, no pet.).

Accordingly, we ORDER appellant's brief to be filed within 20 days of the date of this order. *See* TEX. R. APP. P. 38.6(d). Appellee's brief will be due 30 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b). Due to the previous delays in this appeal, no further extensions of time to file either brief will be granted, absent extraordinary circumstances.

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley

☒ Acting individually  ☐ Acting for the Court

Date: December 17, 2013